IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM HOMER, | : | CIVIL NO. 3:17-cv-1279 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| MARK GARMAN, PA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

## ORDER

AND NOW, to wit, this 16th day of August 2018, upon consideration of the petition for writ of habeas corpus (Doc. 1), and various pending motions (Docs. 22, 25, 30, 32), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motions (Docs. 22, 32) to lift the stay are GRANTED.

2. The Clerk of Court is directed to REOPEN this case.

3. Petitioner's motion (Doc. 25, 30) for discovery and for leave to file an amendment are DENIED.

4. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

5. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

6. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court